IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CT-3143-FL

| | |
|---|---|
| CHARLES ROBERT BAREFOOT, Jr., et al, )<br>Plaintiffs, )<br>v. )<br>NURSE DERRY, et al., )<br>Defendants. ) | **ORDER EXTENDING TIME** |

Upon motion of the plaintiff and for good cause shown, it is ORDERED that the plaintiff, Charles Robert Barefoot, Jr., is allowed up to and including January 19, 2012 in which to respond to the Government's Motion to Dismiss, or in the alternative, for Summary Judgment in the above-captioned case.

This 21st day of December, 2011.

_____
Dennis P. Iavarone, Clerk