IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CT-3143-FL

CHARLES ROBERT BAREFOOT, Jr.,et )
al,                             )
            Plaintiffs,         )
                                )          **ORDER EXTENDING TIME**
      v.                        )
                                )
NURSE DERRY, et al.,            )
            Defendants.

Upon motion of the plaintiff and for good cause shown, it is ORDERED

that the plaintiff, Charles Robert Barefoot, Jr., is allowed up to and including January 19, 2012

in which to respond to the Government's Motion to Dismiss, or in the alternative, for Summary

Judgment in the above-captioned case.

This **21st** day of December, 2011.

Dennis P. Iavarone, Clerk